IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

JUAN CARLOS CRUZ,

    Petitioner,

v.

SCOTT A. MIDDLEBROOKS,

    Respondent.

RECEIVED

2005 SEP 14  A 9: 41

2:05cv 877.F

_____/

**SWORN DECLARATION IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF**

    I, Juan Carlos Cruz, the petitioner, hereby declare under penalty of perjury pursuant to 28 U.S.C. §1746 that:

    1.  All statements, submissions and case law as set forth in my Motion for Injunctive Relief are true and correct to the best of my knowledge.

Respectfully submitted,

Juan Carlos Cruz, pro se.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing legal instrument was served on this _____day of September, 2005, to:  Scott A. Middlebrooks, Warden of the Federal Prison Camp Montgomery, Maxwell Air Force Base, Montgomery, Alabama 36112.  The service was conducted via first class mail.

Juan Carlos Cruz, pro se.