IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUAN CARLOS CRUZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-877-F |
| ) | |
| SCOTT MIDDLEBROOKS, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Juan Carlos Cruz ["Cruz"], a federal inmate, filed a petition under 28 U.S.C. § 2241 challenging the respondent's failure to grant him a one-year reduction in sentence based on his completion of the Residential Drug Alcohol Program. However, Cruz did not file a motion for leave to proceed *in forma pauperis* with the necessary documentation from the prison account clerk nor did he submit the requisite $5.00 filing fee. In light of the foregoing, it is

ORDERED that on or before September 30, 2005 the petitioner shall file either an affidavit in support of a request for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Maxwell Federal Prison Camp showing the balance in his prison account at the time of his filing this petition or the $5.00 filing fee.

To aid the petitioner in complying with this order, the CLERK is DIRECTED to furnish him with a copy of the form affidavit used by persons seeking to proceed *in forma*

*pauperis* before this court.

    Done this 15th day of September, 2005.

                                     **/s/ Delores R. Boyd**
                                     DELORES R. BOYD
                                     UNITED STATES MAGISTRATE JUDGE