IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUAN CARLOS CRUZ, 40595-004,    ) | |
| ) | |
|     Plaintiff,    ) | |
| v.    ) | CASE NO. 2:05-cv-877-F |
| ) | |
| SCOTT A. MIDDLEBROOKS,    ) | |
| ) | |
|     Defendant.    ) | |

# **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), the motion for injunctive relief (Doc. #2) filed on September 14, 2005 is referred to Magistrate Judge Delores R. Boyd for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 29th day of September, 2005.

                                                    /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE