IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUAN CARLOS CRUZ, 40595-004, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-877-F |
| ) | |
| SCOTT A. MIDDLEBROOKS, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

It is hereby ORDERED that the order of referral (Doc. #7) entered by the court on September 29, 2005 is hereby VACATED.

DONE this 30th day of September, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE