IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUAN CARLOS CRUZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-877-F |
| | ) |
| SCOTT MIDDLEBROOKS, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

On September 15, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation of the Magistrate Judge (Doc. # 5) be and is hereby ADOPTED;

2. That the motion for preliminary injunction is hereby DENIED.

Done this the 30th day of September, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE