AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

Juan Carlos Cruz

V.

Scott A. Middlebrooks

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   2:05cv877

TO: (Name and address of Defendant)

Leura Garrett Canary
U.S. Attorney's Office
ATTN: Civil Process Clerk
PO Box 197
Montgomery, AL  36101-0197

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Juan Carlos Cruz  (pro se)
#40595-004
Federal Prison Camp
Birmingham-C
Maxwell Air Force Base
Montgomery, AL 36112

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT                                              10/11/05
CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Juan Carlos Cruz

V.

Scott A. Middlebrooks

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    2:05cv877

TO: (Name and address of Defendant)

Attorney General of the United States
U.S. Department of Justice
10th and Constitutional Ave.
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Juan Carlos Cruz   (pro se)
#40595-004
Federal Prison Camp
Birmingham-C
Maxwell Air Force Base
Montgomery, AL 36112

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT
CLERK

(By) DEPUTY CLERK

DATE  10/11/05