**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Leura Garrett Canary
U.S. Attorney's Office
ATTN: Civil Process Clerk
P.O. Box 197
Montgomery, AL 36101-0197

S&C    05-877

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Nancy Yarn
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Nancy Yarn

C. Date of Delivery
10/12/05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

SCANNED

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0001 3017 0934

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540