| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Attorney General of the United States<br>U.S. Department of Justice<br>10th and Constitutional Avenue<br>Washington, DC   20530<br><br>S&C 05-877 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>OCT 19 2005<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0001 3017 0941 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540