IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUAN CARLOS CRUZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-877-F |
| ) | |
| SCOTT MIDDLEBROOKS, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the respondent on October 28, 2005 (Court Doc. No. 14), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the respondent be GRANTED an extension from November 1, 2005 to and including November 15, 2005 to file their answer or other response to the petition.

Done this 31st day of October, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE