## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

JUAN CARLOS CRUZ,                      )
#40595-004                             )
                                       )
        Petitioner,                    )
                                       )
        v.                             ) **Civil Action No.:  2:05-CV-877-F**
                                       )
SCOTT MIDDLEBROOKS,                    )
                                       )
        Respondent.                    )

## EXHIBITS TO DEFENDANT'S RESPONSE

**Attachment 1** - Public Information Inmate form;

**Attachment 2 -** Judgment and Commitment order for Case No. 96CR8014-01;

**Attachment 3** - Program Statement 7310.04, Community Corrections Center Utilization and Transfer Procedures;

**Attachment 4** - Immigration Detainer - Notice of Action, dated February 10, 2005;

**Attachment 5 -** Program Statement 5251.05, Inmate Work and Performance Pay Program;

**Attachment 6-** Program Statement 5330.10, Drug Abuse Programs Manual;

**Declarations** - Terry Collins dated November 15, 2005; Chalon Moore (signed copy to be supplemented at a later date).