Attachment 1

```
  SERBG          *        PUBLIC INFORMATION         *    10-25-2005
 PAGE 001        *           INMATE DATA             *    11:24:59
                          AS OF 10-25-2005

REGNO..: 40595-004 NAME: CRUZ, CARLOS

                    RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 334-293-2100   FAX: 334-293-2326
                                            RACE/SEX...: WHITE / MALE
FBI NUMBER.: 81032KA4                       DOB/AGE....: 09-15-1959 / 46
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 11-08-2006                     PAR HEAR DT:
--------------------------- ADMIT/RELEASE HISTORY ---------------------------
FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
MON    A-DES      DESIGNATED, AT ASSIGNED FACIL 10-14-2004 1355 CURRENT
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 10-14-2004 1455 10-14-2004 1455
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-14-2004 0815 10-14-2004 1455
YAZ    TRANSFER   TRANSFER                      10-14-2004 0715 10-14-2004 0715
YAZ    A-HLD      HOLDOVER, TEMPORARILY HOUSED  09-13-2004 1909 10-14-2004 0715
S26    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-13-2004 2009 09-13-2004 2009
S26    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-13-2004 1220 09-13-2004 2009
EGL    TRANSFER   TRANSFER                      09-13-2004 1120 09-13-2004 1120
EGL    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-10-2003 1416 09-13-2004 1120
3-U    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-10-2003 1516 09-10-2003 1516
3-U    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-10-2003 0959 09-10-2003 1516
MON    TRANSFER   TRANSFER                      09-10-2003 0859 09-10-2003 0859
MON    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-09-2003 1240 09-10-2003 0859
MON    ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP 09-09-2003 0718 09-09-2003 1240
MON    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-19-2003 1537 09-09-2003 0718
MON    OTHER ABS  OTHER AUTHORIZED ABSENCE      08-19-2003 0712 08-19-2003 1537
MON    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-06-2003 1515 08-19-2003 0712
MON    ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP 08-06-2003 0754 08-06-2003 1515
MON    A-DES      DESIGNATED, AT ASSIGNED FACIL 07-07-2003 1326 08-06-2003 0754
MON    FURL MED   FURLOUGH-MEDICAL              07-07-2003 1215 07-07-2003 1326
MON    A-DES      DESIGNATED, AT ASSIGNED FACIL 03-28-2003 1255 07-07-2003 1215
MON    ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP 03-28-2003 0712 03-28-2003 1255
MON    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-23-2002 1339 03-28-2003 0712
MON    ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP 08-23-2002 0746 08-23-2002 1339
MON    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-09-2002 0928 08-23-2002 0746
MON    FURL MED   FURLOUGH-MEDICAL              08-09-2002 0722 08-09-2002 0928
MON    A-DES      DESIGNATED, AT ASSIGNED FACIL 07-10-2002 1429 08-09-2002 0722
MON    FURL MED   FURLOUGH-MEDICAL              07-10-2002 1203 07-10-2002 1429
MON    A-DES      DESIGNATED, AT ASSIGNED FACIL 06-26-2002 1321 07-10-2002 1203
MON    ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP 06-26-2002 0803 06-26-2002 1321
MON    A-DES      DESIGNATED, AT ASSIGNED FACIL 03-30-1999 1245 06-26-2002 0803
6-Y    RELEASE    RELEASED FROM IN-TRANSIT FACL 03-30-1999 1345 03-30-1999 1345
6-Y    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-30-1999 0515 03-30-1999 1345
YAZ    TRANSFER   TRANSFER                      03-30-1999 0415 03-30-1999 0415
YAZ    A-DES      DESIGNATED, AT ASSIGNED FACIL 02-19-1999 1150 03-30-1999 0415
YAZ    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 02-19-1999 0820 02-19-1999 1150



G0002     MORE PAGES TO FOLLOW . . .
```

```
   SERBG            *          PUBLIC INFORMATION         *     10-25-2005
PAGE 002            *             INMATE DATA             *     11:24:59
                                AS OF 10-25-2005

REGNO..: 40595-004 NAME: CRUZ, CARLOS

                    RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 334-293-2100   FAX: 334-293-2326
YAZ   A-DES       DESIGNATED, AT ASSIGNED FACIL 01-22-1999 1151 02-19-1999 0820
YAZ   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 01-22-1999 0850 01-22-1999 1151
YAZ   A-DES       DESIGNATED, AT ASSIGNED FACIL 10-02-1997 1300 01-22-1999 0850
S25   RELEASE     RELEASED FROM IN-TRANSIT FACL 10-02-1997 1400 10-02-1997 1400
S25   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-02-1997 0500 10-02-1997 1400
TAL   HLD REMOVE  HOLDOVER REMOVED              10-02-1997 0500 10-02-1997 0500
TAL   A-HLD       HOLDOVER, TEMPORARILY HOUSED  10-01-1997 1138 10-02-1997 0500
S25   RELEASE     RELEASED FROM IN-TRANSIT FACL 10-01-1997 1138 10-01-1997 1138
S25   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-01-1997 0411 10-01-1997 1138
MIM   HLD REMOVE  HOLDOVER REMOVED              10-01-1997 0411 10-01-1997 0411
MIM   A-HLD       HOLDOVER, TEMPORARILY HOUSED  06-26-1997 1114 10-01-1997 0411




G0002       MORE PAGES TO FOLLOW . . .
```

```
 SERBG          *          PUBLIC INFORMATION        *     10-25-2005
PAGE 003        *             INMATE DATA            *     11:24:59
                            AS OF 10-25-2005

REGNO..: 40595-004 NAME: CRUZ, CARLOS

                   RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 334-293-2100   FAX: 334-293-2326
PRE-RELEASE PREPARATION DATE: 05-08-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  11-08-2006 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 9:96CR08014-001
JUDGE...........................: HURLEY
DATE SENTENCED/PROBATION IMPOSED: 06-20-1997
DATE COMMITTED..................: 10-02-1997
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:   $100.00        $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  381
OFF/CHG: 21:841(A)(1), POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE.
         (CT.1)

 SENTENCE PROCEDURE.............: 3559 VCCLEA NON-VIOLENT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    136 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 DATE OF OFFENSE................: 01-25-1996




G0002       MORE PAGES TO FOLLOW . . .
```

```
   SERBG          *           PUBLIC INFORMATION         *    10-25-2005
PAGE 004 OF 004   *              INMATE DATA            *    11:24:59
                              AS OF 10-25-2005

REGNO..: 40595-004 NAME: CRUZ, CARLOS

                    RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 334-293-2100   FAX: 334-293-2326
------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-11-2005 AT MON AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-20-1997
TOTAL TERM IN EFFECT............:    136 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     11 YEARS       4 MONTHS
EARLIEST DATE OF OFFENSE........: 01-25-1996

JAIL CREDIT.....................:       FROM DATE     THRU DATE
                                         01-25-1996   05-03-1996
                                         04-03-1997   06-19-1997

TOTAL PRIOR CREDIT TIME.........: 178
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 533
TOTAL GCT EARNED................: 432
STATUTORY RELEASE DATE PROJECTED: 11-08-2006
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 04-24-2008

PROJECTED SATISFACTION DATE.....: 11-08-2006
PROJECTED SATISFACTION METHOD...: GCT REL




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```