IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JUAN CARLOS CRUZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-877-F |
| | ) | |
| SCOTT MIDDLEBROOKS, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Upon review of the response filed by the respondent on November 15, 2005, and for good cause, it is

ORDERED that on or before December 1, 2005 the respondent shall file a supplement to his response which addresses Cruz's claim that he denied Cruz placement in a halfway house based on "petitioner's race/nationality/origin . . ."[1] *Petition for Habeas Corpus Relief* at 7.

Done this 16th day of November 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Cruz identifies himself as a Cuban National.