**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 21, 2005

# NOTICE OF CORRECTION

**To:** Counsel of Record

**From:** Clerk's Office

**Case Style**     Cruz vs. Middlebrooks
                 Civil Action No. 2:05cv877

**Referenced Pleading:**     Response to Petition
                               Document #16

**This Notice of Correction filed in the above referenced case to correct unsigned pdf document.**