EXHIBIT "A"

**\*\*LIMITED OFFICIAL USE\*\***



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 10-31-2005 - Eval/Rpt - DAP-RDAP: Followup
**Reg Number-Name:** 40595-004 - CRUZ, CARLOS     **Unit:** BIRMINGHAM
**Author:** GERARDO OTERO, DRUG ABUSE TRTMNT SPECLST
**Institution:** MON - MONTGOMERY FPC

This is evaluation report for inmate Cruz, Carlos Reg. # 40595-004. Mr. Cruz completed RDAP on 06-03-2005. He started on RDAP Follow Up services immediately after and he has participated on all sessions. He has shown great improvement in his behavior and has kept a clear conduct during all this time. Mr. Cruz has worked very hard on his recovery. His immediate plans are to continue with his relapse prevention plan and be closer to his family in south Florida. Carlos have many good qualities that are helping him to progress in his recovery.

**\*\*LIMITED OFFICIAL USE\*\***

**LIMITED OFFICIAL USE**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 11-18-2005 - 90 Day Review Non-Residential
**Reg Number-Name:** 40595-004 - CRUZ, CARLOS    **Unit:** BIRMINGHAM
**Author:** GERARDO OTERO, DRUG ABUSE TRTMNT SPECLST
**Institution:** MON - MONTGOMERY FPC

This is the 90 day report for NR/ Follow up for inmate Cruz, Carlos. Mr. Cruz has attended to all sessions and had some private sessions with the cohort leader. He is working on his relapse program and has kept attending to support groups and readind material provided by the unit. He is also trying to get closer tohis family by request a transfer to suoth Florida. He has kept a clear and good conduct while participating in treatment.

**LIMITED OFFICIAL USE**