EXHIBIT "F"

U.S. Department of Homeland Security
1010 East Whatley Road
Oakdale, LA 71463



**U.S. Immigration and Customs Enforcement**

March 17, 2005

Juan Carlos CRUZ-Paz
Reg. #40595-004; A37 535 310
Maxwell Air Force Base
Montgomery, AL 36112

RE: DETAINER REMOVAL REQUEST

Dear Mr. Cruz-Paz:

This is in reference to your letter dated March 13, 2005, wherein you requested a removal of the detainer lodged against you by this service.

Our records indicate that you were admitted to the United States at New York, New York as an immigrant on October 14, 1982. On June 26, 1997, you were convicted in the United States District Court, Southern District of Florida for the offense of possession of Cocaine with intent to distribute. You were sentenced to serve a term of imprisonment of 136 months. This Service has an obligation to process you as required by the laws enacted by Congress for the removal of aliens convicted of crimes defined as an aggravated felony.

The detainer is for notification purposes only, so that the institution will release you to our custody for removal proceedings upon completion of your sentence. The detainer is not intended to cause you any deprivations while in prison.

When you come from prison into actual custody of this Service, you will be notified of the conditions, if any, under which release will be permitted. In the <u>Matter of Lehder</u>, 15 T&N Dec. 159, the Board of Immigration Appeals found that the District Director, when placing a detainer, need not make a determination concerning custody conditions, if the alien is not physically in his custody. Furthermore, the Board stated that while the respondent was in the custody of another agency, he should seek relief from the consequences of the detainer from the present custodial authorities rather than the Service.

Accordingly, the detainer will not be lifted. Any request for mitigation of the effects of the detainer should be made to the authorities of the correctional institution and not to this service.

Sincerely,

Jeannine F. Brady
Immigration Enforcement Agent