**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

NOTICE OF REASSIGNMENT

Re    Juan Carlos Cruz vs. Scott Middlebrooks
      Civil Action No.  2:05cv877-MEF

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now 2:05cv877-WKW. This new case number should be used on all future correspondence and pleadings in this action.