EXHIBIT "H"

# CERTIFICATE of COMPLETION

*This certifies that*

# Carlos Cruz

*has successfully completed the*

## Nonresidential Transitional Services Program

*Federal Prison Camp*
*Montgomery, Alabama*

*In recognition of your participation, this certificate is hereby issued this 27 th day of February, 2006.*

_____
*David A. Thompson, Ph.D.*
*Drug Abuse Program Coordinator*

_____
*Gerardo D. Otero*
*Drug Treatment Specialist*