IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUAN CARLOS CRUZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-877-WKW |
| | ) |
| SCOTT MIDDLEBROOKS, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the petitioner on March 14, 2006 (Court Doc. No. 24), which the court construes as a motion for leave to submit an additional exhibit in support of response in opposition, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 14th day of March, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE