RECEIVED

2006 AUG 11  A 9: 49

, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

AUGUST 08, 2006

To: Clerk of Court
    Care of Honorable George Boyd

From: Juan Carlos Cruz
      **Case Number 205-CV-877-F**

RE:  Address Change

This is a Habeas Corpus. Case Number 205-CV-877-F.

I have not heard from the Court since March. Please update my address below.

Juan Carlos Cruz
BOP # 40595-004
CI Eden Correctional Institution
P.O. Box 605
Eden, Texas 76837


Sincerely yours,

*Juan C. Cruz.*
Juan Carlos Cruz