IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUAN CARLOS CRUZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-877-WKW |
| | ) |
| SCOTT MIDDLEBROOKS, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

Upon review of the file in this case, and as the petitioner is no longer incarcerated within the jurisdiction of this court but is now confined at the Eden Correctional Institution in Eden, Texas, it is

ORDERED that on or before August 28, 2006 the parties shall show cause why this case should not be transferred to the United States District Court for the Northern District of Texas for disposition.

Done this    16th day of August, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE