IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUAN CARLOS CRUZ, ) | |
| #40595-004 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **Civil Action No.: 2:05-CV-877-F** |
| ) | |
| SCOTT MIDDLEBROOKS, ) | |
| ) | |
| Respondent. ) | |

**RESPONSE TO SHOW CAUSE ORDER OF AUGUST 16, 2006**

Comes now the Respondent, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to the Court's Show Cause Order of August 16, 2006, submits that the Northern District of Texas is an appropriate forum for this matter and therefore, has no objection to the transfer of this cause. *See*, McClure v. Hopper, 577 F.2d 938, (5th Cir. 1978).

Respectfully submitted this 28th day of August, 2006.

          LEURA G. CANARY
          United States Attorney

    By:    s/R. Randolph Neeley
          R. Randolph Neeley
          Assistant United States Attorney
          Bar Number:  #9083-E56R
          Attorney for Defendant
          United States Attorney's Office
          Post Office Box 197
          Montgomery, AL  36101-0197
          Telephone: (334) 223-7280
          Facsimile:  (334) 223-7418
          E-mail:  rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

          Juan Carlos Cruz
          No.:  40595-004
          CI Eden Correctional Institute
          P.O. Box 605
          Eden, Texas 76837

          s/R. Randolph Neeley
          Assistant United States Attorney