IN THE DISTRICT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 AUG 28 A 9: 58

| | | |
|---|---|---|
| JUAN CARLOS CRUZ,<br>Petitioner,<br><br>v.<br><br>SCOTT MIDDLEBROOKS,<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:05-CV-877-WKW |

## MOTION FOR THE DISPOSITION OF PENDING
## CASE WITHIN PRESENT JURISDICTION

The Court Order issued by Honorable Delores R. Boyd United States Magistrate Judge on the 16th day of August, 2006, to show cause why this case should not be transferred to the United States District Court for the Northern District of Texas for disposition, is hereby respectfully answered.

The Petitioner who is presently incarcerated at Eden Correctional Institution in Eden, Texas, which is located within the jurisdiction of the United States District Court for the Northern District of Texas, respectfully informs the Honorable Court of Petitioner's projected release date on November 8th 2006, and future residential address at 915 Bradley Ct West Palm Beach, Florida 33405.

Therefore, the case pending disposition shall remain within the current jurisdiction in the District Court of the United States for the Middle District of Alabama Northern Division, or transferred to the Southern District of Florida.

EXECUTED THIS _23_ DAY OF _Agost_ 2006,

                        RESPECTFULLY SUBMITTED

                        */s/ Juan C. Cruz*

                        JUAN CARLOS CRUZ
                        40595-004
                        CCA/CORRECTIONAL INSTITUTION
                        P.O. BOX 605
                        EDEN, TEXAS 76837