RECEIVED

2007 JAN 16 A 11: 45

January 8, 2007

To: Clerk of Court
    Care of Honorable W. Keith Watkins

From: Juan Carlos Cruz

Re: Continuance of Case No. 205-CV-877-F

At this time, I would like a continuance of my case. I am currently at Rolling Plains Detention Center on Immigration hold. My approximate released date is February 7, 2007. The District Court of Alabama will hear from my attorney on February 28, 2007.

Please forward all correspondence from District Court of Alabama to following address:

915 Bradley Court
West Palm Beach, FL 33405

I will be advising you how I will proceed with my case.

Sincerely,

*Juan C. Cruz*

Juan Carlos Cruz