IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUAN CARLOS CRUZ, #40595-004, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-877-WKW |
| | ) (WO) |
| SCOTT MIDDLEBROOKS, | ) |
| | ) |
| Respondent. | ) |

**FINAL JUDGMENT**

In accordance with the previous proceedings in this case, it is the ORDER, JUDGMENT and DECREE of this court that this action is DISMISSED.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this case.

DONE this the 7th day of February, 2007.

                                                /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE